USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Xavier Williams,

Defendant.

18-CR-212 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court has received the attached letter from immigration counsel for Defendant Xavier Williams requesting that certain transcripts and records in this case be unsealed for limited use in Immigration Court.  Any opposition to the request shall be filed **no later than September 26, 2022.**

SO ORDERED.

Dated: September 22, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation

## Law Office of Eric M. Mark

201 Washington St.

Newark, NJ 07102

Phone: 973-453-2009

Fax:    973-309-7079

EricM@EricMarkLaw.com

Associate Attorney Cristina D'Amato, Esq. (CristinaD@EricMarkLaw.com)

Hon. Allison S. Nathan

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

September 21, 2022

Re:   Xavier Williams

Docket No.: 18-CR-212

Dear Judge Nathan,

    Please accept this letter to confirm that I represent Xavier Williams in removal proceedings before the Immigration Court. I am requesting that the transcripts and records of Mr. Williams's proceedings before this Court be unsealed for the limited use in Immigration Court. We understand that an order unsealing these records would be for the limited use in Immigration Court and would bar use for any other purpose.

    Mr. Williams was indicted in 2018 on drug conspiracy and firearm charges. He was represented by Jennifer Willis, Esq. of Federal Defenders of New York. While under indictment, Mr. Williams earned a 5K letter. After his conviction, the Department of Homeland Security reopened his removal proceedings in Immigration Court. Mr. Williams, with my assistance, is going to express his fear of returning to Trinidad and Tobago due to the expected retribution by the people about whom he testified against and their associates. The only way to credibly present

this information to the Immigration Court is with the actual record of proceedings before this Court. Mr. Williams is detained and his removal proceedings will progress quickly. The next hearing date is scheduled for October 12, 2022 and they will likely be concluded by early 2023.

Very truly yours,

/s/ Eric M. Mark

Eric M. Mark, Esq.