**MEMO ENDORSED**



Case 1:18-cr-00212-VEC Document 208 Filed 12/15/23 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 14, 2023

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Tyrone Woolaston, et al.*, 18 Cr. 212 (VEC)

Dear Judge Caproni:

    I write to notify the Court that I will be leaving the United States Attorney's Office for the Southern District of New York. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance as counsel of record in the above-captioned matter.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

             By:   /s/_____
                    Alison Moe
                    Assistant United States Attorney
                    212-637-2225

Cc:    All Counsel (By ECF)

        Tyrone Woolaston, *pro se* (By Mail)
        85369-054
        FCI Fort Dix
        Federal Correctional Institution
        P.O. Box 2000
        Joint Base MDL, New Jersey 08640

Application GRANTED. The Clerk of Court is respectfully directed to terminate Alison Moe as counsel for the United States.

SO ORDERED.

*Valerie Caproni* (signature)

12/14/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE